IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WANDA PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Superior Court for the |
| | ) | District of Columbia |
| v. | ) | |
| | ) | Case No. 0007908-06 |
| KAISER FOUNDATION HEALTH PLAN | ) | |
| OF THE MID-ATLANTIC STATES, INC., | ) | |
| | ) | Civil Action No. _____ |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

To:     United States District Court
        For the District of Columbia

        Superior Court for the District of Columbia

        John T. Maloney, Esquire
        Maloney & Mohsen, PLLC
        4201 Connecticut Avenue NW, Suite 500
        Washington DC  20008
        Attorneys for Plaintiff

PLEASE TAKE NOTICE that Defendant, Kaiser Foundation Health Plan of the Mid-

Atlantic States, Inc. ("Kaiser"), hereby removes this civil action from the Superior Court for the

District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446.  The grounds for this removal are

as follows:

1.     A civil action has been commenced and is now pending in the Superior Court for

the District of Columbia, wherein Wanda Patterson is Plaintiff and Kaiser is Defendant.  That

action has been designated Case No. 0007908-06 by the Clerk of the aforementioned court.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, motions and orders thus far served upon or by Defendant in Case No. 0007908-06 are attached hereto as Attachment A.

2.      Process in Case No. 0007908-06 was served on Kaiser on or about December 26, 2006. This Notice of Removal is filed within 30 days of service of the Complaint upon Kaiser, and, thus, is timely.

3.      Plaintiff Wanda Paterson is a resident of the District of Columbia. Complaint ¶ 1.

4.      Kaiser is a corporation duly organized and incorporated under the laws of Maryland and its principal place of business is in Maryland.

5.      This action is a civil action in which Plaintiff alleges that she has been retaliated against in violation of the District of Columbia Human Rights Act.

6.      Plaintiff prays for compensatory damages in the amount of $500,000, as well as costs and attorneys' fees. Thus, the amount in controversy exceeds $75,000, exclusive of costs and interest.

8.      Accordingly, the United States District Court for the District of Columbia has jurisdiction over the above-referenced civil action.

WHEREFORE, for the reasons stated above, Case No. 0007908-06, pending in the

3

Superior Court for the District of Columbia should be removed to this Court.

Respectfully submitted,

By_____

Karla Grossenbacher  #442544
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant

Date:    January 16, 2007

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal, was served by first-class mail, postage prepaid, this 16th day of January, 2007, upon:

John T. Maloney, Esquire
Maloney & Mohsen, PLLC
4201 Connecticut Avenue NW, Suite 500
Washington DC  20008

I also certify that I have caused a copy of this Notice of Removal to be filed with the Clerk of the Court of the Superior Court for the District of Columbia, in accordance with 28 U.S.C. § 1446(d) and have filed herewith as Attachment A all process, pleadings and orders served upon or by Defendant in that Court, pursuant to 28 U.S.C. § 1446(a).

Karla Grossenbacher

4

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

| Wanda Patterson |
|---|
| *Plaintiff* |

vs.

| Kaiser Foundation Health Plan . . . , Inc. |
|---|
| *Defendant* |

0007908-06

Civil Action No. [          ]

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.**   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| James Thomas Maloney |
|---|
| Name of Plaintiff's Attorney |
| 4201 Connecticut Avenue, NW #500 |
| Address |
| Washington, DC 20008 |
| 202-237-6800  Ext. 202 |
| Telephone |

By _____
Deputy Clerk

Date [    OCT 2 6 2006    ]

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(r)-454/Mar. 91          **NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WANDA PATTERSON
    Vs.                                                                           C.A. No.       2006 CA 007908 B
KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JUDITH E RETCHIN
Date:   October 26, 2006
Initial Conference: 9:30 am, Friday, February 02, 2007
Location:  Courtroom 220
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

WANDA PATTERSON
   720 Otis Place, N.W.
   Washington, D.C. 20010,
         Plaintiff,

        v.

KAISER FOUNDATION HEALTH PLAN
OF THE MID-ATLANTIC STATES, INC.
   2101 East Jefferson Street
   Rockville, Maryland 20849,
         Defendant.

0007908-06

Civil Action No.

RECEIVED
Civil Clerk's Office

OCT 2 6 2006

Superior Court of the
District of Columbia
Washington, D.C.

## —— COMPLAINT ——

### Jurisdiction

1.    The Plaintiff Wanda Patterson is an adult resident of the District of Columbia and an "employee" as defined by 2 D.C. Code 1401.02(9). Ms. Patterson's home address is 720 Otis Place, N.W., Washington, D.C. 20010.

2.    The Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., (hereinafter, "Kaiser") is a corporation doing business in the District of Columbia and an "employer" as defined by 2 D.C. Code 1401.02(10). Kaiser's regional headquarters are located at 2101 East Jefferson Street, Rockville, Maryland 20849.

3.    All acts or omissions hereinafter alleged occurred within the District of Columbia.

4.    On July 11, 2006, the District of Columbia Office of Human Rights (hereinafter, the "OHR") issued a *Letter of Determination* in Wanda Patterson v.Kaiser Health Plan of

the Mid-Atlantic States, Inc., OHR Docket No. 06-002-P(CN) – the administrative action embodying the charge of retaliation alleged *infra*.

5.     Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 2 D.C. Code 1402.61, 2 DC. Code 1403.16, 11 D.C. Code 921, 13 D.C. Code 422 and 13 D.C. Code 423.

### Statement of Facts

6.     At all times hereinafter alleged, Wanda Patterson was employed by Kaiser at its health care facility located at 2100 Pennsylvania Avenue, N.W., Washington, D.C.

7.     In approximately 2003, Ms. Patterson filed a complaint of discrimination, Wanda Patterson v. Kaiser Permanente, OHR Docket No. 03-256-P(CN), against Kaiser with the OHR.

8.     On or about April 23, 2003, Ms. Patterson and Kaiser entered into a *Settlement Agreement* regarding the charges of discrimination in OHR Docket No. 03-256-P(CN).

9.     From approximately February 2004 through August 2005, Ms. Patterson informed Kaiser that she intended to file an additional complaint with the OHR concerning Kaiser's alleged failure to comply with the terms of the *Settlement Agreement* in OHR Docket No. 03-256-P(CN).

10.    Ms. Patterson initially attempted to file such a complaint with the OHR in approximately January 2005.

2

11.    However, that complaint was closed by the OHR when Ms. Patterson failed to appear for an initial interview with an OHR Intake Officer which had been rescheduled to a date other than that which had originally been chosen.

12.    Ms. Patterson then scheduled a new initial interview by an OHR Intake Officer for August 22, 2005.

13.    Because it was aware of Ms. Patterson's intent to file a complaint with the OHR concerning its purported failure to comply with the terms of the *Settlement Agreement* in OHR Docket No. 03-256-P(CN), Kaiser terminated Ms. Patterson's employment on or about September 1, 2005.

14.    This adverse action against Ms. Patterson was motivated, in whole or in part, by Kaiser's intent to retaliate against her for the exercise of her rights under the District of Columbia Human Rights Act, 2 D.C. Code 1401.01 *et seq.*

15.    As a direct and proximate result of the aforesaid unlawful retaliation by Kaiser, Ms. Patterson suffered, and may continue to suffer, extreme emotional distress; incurred, and may continue to incur, medical expenses; lost, and may continue to lose, wages; all to her damage in the amount of five hundred thousand dollars.

### Prayer For Relief

WHEREFORE, the premises considered, the Plaintiff Wanda Patterson respectfully prays this Court to:

- Grant her judgment against the Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.;

3



- Award her five hundred thousand dollars in compensatory damages;

- Issue an order restoring her to her former employment with the Defendant;

- Award her "back pay" and "front pay;"

- Award her reasonable costs and interest from the date of judgment;

- Award her reasonable attorneys fees; and

- Grant such other relief as this Court deems just and proper.

Respectfully submitted,

James T. Maloney #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, DC 20008-1163
Tel: (202) 237-6800 x202
Fax: (202) 966-5270
E-mail: verdict@verizon.net

## Jury Demand

The Plaintiff respectfully demands a trial by jury as to all issues and parties.

James T. Maloney

4

CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Wanda Patterson | Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF <u>11001</u><br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT <u>88888</u><br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>James Thomas Maloney<br>4201 Connecticut Ave., NW, #500, Washington, DC 20008<br>202-237-6000, ext, 202 | ATTORNEYS (IF KNOWN)<br>Karla Grossenbacher, Seyfarth Shaw LLP<br>815 Connecticut Ave., NW, Suite 500, Washington, DC 20006<br>202-828-3556 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☐ 3 Federal Question
   (U.S. Government Not a Party)

☐ 2 U.S. Government
   Defendant

☑ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br><u>Social Security:</u><br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br><u>Other Statutes</u><br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil*

| | | | |
|---|---|---|---|
| <u>Real Property</u><br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br><u>Personal Property</u><br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | <u>Bankruptcy</u><br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br><u>Prisoner Petitions</u><br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br><u>Property Rights</u><br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br><u>Federal Tax Suits</u><br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | <u>Forfeiture/Penalty</u><br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br><u>Other Statutes</u><br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

American LegalNet, Inc.
www.USCourtForms.com

| ☐ **G.** *Habeas Corpus/* *2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ **H.** *Employment* *Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I.** *FOIA/PRIVACY* *ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA* *(non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights* *(non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Retaliation, 28 U.S.C. 1441, 1446, 1331 (diversity jurisdiction)

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint
JURY DEMAND: ☒ YES    ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)  ☐ YES  ☒ NO    If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD    Karla Grossenbacher, Esquire, Bar No. 442544

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

American LegalNet, Inc.
www.USCourtForms.com