IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANDA PATTERSON,             )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>    v.                                   )<br>                                              )  Civil Action No. 07-0101-RMC<br>KAISER FOUNDATION HEALTH PLAN  )<br>OF THE MID-ATLANTIC STATES, INC.,  )<br>                                              )<br>                                              )<br>         Defendant.              )<br>                                              ) | |

## ANSWER

Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. ("Defendant"), by its undersigned attorneys, hereby answers Plaintiff's Complaint as follows:

## INTRODUCTION

1.      In answering paragraph 1 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

2.      In answering paragraph 2 of Plaintiff's Complaint, Defendant admits the allegations contained in the first sentence therein. Defendant denies the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.

3.      In answering paragraph 3 of Plaintiff's Complaint, Defendant admits that Plaintiff claims that the acts and omissions she is alleging occurred took place in the District of Columbia, but Defendant denies it has engaged in any illegal activity as alleged in Plaintiff's Complaint.

4. Defendant admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Paragraph 5 of Plaintiff's Complaint sets forth a legal conclusion and therefore does not require a response. To the extent a responses is required, Paragraph 5 of Plaintiff's Complaint is denied.

## Statement of Facts

6. Defendant denies the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendant admits the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendant admits the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. In answering paragraph 10 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

11. In answering paragraph 11 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

12. In answering paragraph 12 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

13. Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Defendant denies that Plaintiff is entitled to any of the relief requested in her prayer for relief, or any other relief.

17. All other allegations set forth in Plaintiff's Complaint that have not heretofore been admitted or denied are hereby specifically and fully denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. To the extent that Plaintiff has failed to mitigate her damages, she is barred from recovery on all or a portion of her claims.

3. This Court lacks subject matter jurisdiction over all or a portion of Plaintiff's Complaint.

4. All or a portion of Plaintiff's claims are barred by the applicable statute of limitations.

5. Defendant specifically reserves the right to amend this Answer by additional affirmative defenses and/or counterclaims as additional investigation, discovery and circumstances may warrant.

WHEREFORE, Defendant prays that:

1.	Plaintiff's Complaint be dismissed with prejudice in its entirety and that judgment be entered in Defendant's favor.

2.	Plaintiff take nothing by Plaintiff's Complaint.

3.	The Court deny Plaintiff's requested relief.

4.	The Court award Defendant its costs and attorneys' fees.

5.	The Court award Defendant such further relief as it deems just and proper.

Respectfully submitted,

/s/   Karla Grossenbacher
Karla Grossenbacher D.C. Bar No. #442544
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (ph)
(202) 828-5393 (fax)

Attorneys for Defendant

Dated: January 23, 2007

<u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing Answer was served electronically, this 23rd day of January, 2007, on:

>John T. Maloney, Esquire
>Maloney & Mohsen, PLLC
>4201 Connecticut Avenue NW, Suite 500
>Washington DC  20008
>*Counsel for Plaintiff*

>  <u>/s/ Karla Grossenbacher</u>
>  Karla Grossenbacher