IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANDA PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-0101-RMC |
| KAISER FOUNDATION HEALTH PLAN ) | |
| OF THE MID-ATLANTIC STATES, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE UNDER LOCAL RULE 7.1

Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. hereby certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. which have any outstanding securities in the hands of the public.

1. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/   Karla Grossenbacher
Karla Grossenbacher D.C. Bar No. #442544
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (ph)
(202) 828-5393 (fax)

Attorneys for Defendant

Dated: January 25, 2007

DC1 30148949.1

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Certificate Under Local Rule 7.1 was served electronically, this 25th day of January, 2007, on:

>John T. Maloney, Esquire
>Maloney & Mohsen, PLLC
>4201 Connecticut Avenue NW, Suite 500
>Washington DC  20008
>*Counsel for Plaintiff*

>/s/ Karla Grossenbacher
>Karla Grossenbacher

2