# UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| WANDA PATTERSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0101 (RMC) |
| | : | |
| | : | |
| KAISER FOUNDATION HEALTH PLAN | : | |
| OF THE MID-ATLANTIC STATES, INC. | : | |
| Defendant. | : | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to L.Cv.R. 16.3, the parties to this action respectfully submit their joint meet and confer statement.

1. This action was originally filed in the Superior Court of the District of Columbia by a resident of the District of Columbia against a nonresident corporation for employment discrimination occurring within the District of Columbia in violation of the District Columbia Human Rights Act, 2 D.C. Code 1401.01 *et seq*. Pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1332, this matter was subsequently removed by the Defendant to the United States District Court for the District of Columbia.

2. No dispositive motions have been filed to date. The Defendant will likely move for summary judgment after the close of discovery.

3. At present, the parties are unaware of any other parties to be joined in this action. Any additional parties must be added by March 9, 2007. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4. The Plaintiff has no objection to the assignment of this case to a Magistrate Judge for all purposes. The Defendant does not consent to this matter being assigned to a Magistrate Judge for any purpose other than alternative dispute resolution.

5. It is too early to determine if there is a realistic possibility of settling the case.

6. The Plaintiff is willing to engage in mediation at any time, including prior to the initiation of discovery. The Defendant would request that no alternative dispute resolution be scheduled until after the close of discovery.

7. The parties propose that the deadline for dispositive motions should be at least forty-five days after the conclusion of discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court. The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

8. The parties have agreed to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9. The parties propose twenty-five interrogatories and five depositions per side. The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions, and depositions be concluded by June 30, 2007. Depending upon the discovery requested, the Defendant may require a protective order for confidential information. The parties have not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

10.   Expert discovery, if any, shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

11.   At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases. However, the Defendant reserves the right to request bifurcation as the case develops.

12.   The parties propose that the pretrial conference be scheduled after he Court has ruled on the Defendant's summary judgment motion.

13.   The parties suggest that the trial date should be set at the pretrial conference.

14.   At this time, there are no other matters appropriate for inclusion in a scheduling order.

Respectfully submitted,


/S/
JAMES T. MALONEY #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270

*Counsel For Plaintiff*



/S/
KARLA GROSSENBACHER #442544
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Tel: (202) 463-2400
Fax: (202) 828-5391

*Counsel For Defendant*

# UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| WANDA PATTERSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0101 (RMC) |
| | : | |
| | : | |
| KAISER FOUNDATION HEALTH PLAN | : | |
| OF THE MID-ATLANTIC STATES, INC. | : | |
| Defendant. | : | |

## SCHEDULING ORDER

Pursuant to the parties' *Joint Meet and Confer Report* filed pursuant to L.Cv.R. 16.3, it is hereby

ORDERED that:

1. Each party will be limited to twenty-five interrogatories and ten depositions. The parties are permitted to dispense with the initial disclosures required by L.Cv.R. 26(a)(1). All discovery, including answers to interrogatories, document production, responses to requests for admissions, and depositions shall be concluded by June 30, 2007. The parties shall be bound by the one day/seven hour per deposition requirement of F.R.Cv.P. 30(d) but may modify by stipulation the deposition scheduling and length based upon the deponents and scheduling by counsel.

2. The parties Rule 26(a)(2) expert witness disclosure reports shall be filed in accordance with the Federal Rules of Civil Procedure.

3. Dispositive motions shall be filed not later that August 14, 2007. Oppositions and replies will be filed in accordance with the time frames set forth in the Local Rules of this Court.

4. Counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve any discovery dispute, counsel shall arrange a joint telephone conference with the Court.

5. The Court shall set the date for the Pretrial Conference after ruling on the dispositive motions filed after the close of discovery. The date for the trial of this matter will be set at the Pretrial Conference.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE