UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| WANDA PATTERSON, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:07CV0101 (RMC) |
| : | |
| KAISER FOUNDATION HEALTH PLAN : | |
| OF THE MID-ATLANTIC STATES, INC. : | |
|     Defendant. : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Wanda Patterson respectfully notes the dismissal <u>with prejudice</u> of her *Complaint* in this matter against the Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

This dismissal shall be without prejudice to the Plaintiff's timely filing in the Superior Court of the District of Columbia of a *Petition For Review* of the July 11, 2006, *Letter of Determination* issued by the District of Columbia Office of Human Rights in <u>Wanda Patterson v. Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.</u>, OHR Docket No. 06-002-P (CN).

                                        Respectfully submitted,

                                        /S/
                                        JAMES T. MALONEY #254102
                                        Maloney & Mohsen PLLC
                                        4201 Connecticut Avenue, N.W.
                                        Suite 500
                                        Washington, D.C. 20008-1163
                                        Tel: (202) 237-6800  x202
                                        Fax: (202) 966-5270

                                        *Counsel For Plaintiff*

<u>Consent of Defendant</u>

The Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., hereby consents to the dismissal with prejudice of the Plaintiff's *Complaint*.

Respectfully submitted,

/S/
KARLA GROSSENBACHER #442544
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Tel: (202) 463-2400
Fax: (202) 828-5391

*Counsel For Defendant*